<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Jacqueline Mabel Symister**

**Unpaid Overtime Wages, Minimum Wages, and Late Pay**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Applicable Hourly Rate Paid[1] | Minimum Wage Hourly Rate[1] | Applicable Overtime Hourly Rate[1] | Late[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 3/1/25 - 9/13/25 | 28.14 | 120 | $ 6.88 | $ 13.00 | $ 19.50 | ✓ | $ 6,895.00 | $ 28,424.29 | $ 58,537.14 |
| | | | | | | | $ 6,895.00 | $ 28,424.29 | $ 58,537.14 |

Total Unpaid Minimum Wages[1] = $ 6,895.00
Total Unpaid Overtime Wages[1] = $ 28,424.29
Total Liquidated Damages[1] = $ 58,537.14
Total[1] = $ 93,856.43

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.